UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| IN THE MATTER OF CANAL BARGE COMPANY, INC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO. 6:12-CV-00757<br><br>JUDGE ROBERT G. JAMES<br><br>MAGISTRATE JUDGE HAYES |

ORDER

The Court, having been fully apprised that the Attorney General's designee has certified that Mitchell Bradley and Patrick Mouton were acting within the scope of their employment at the time of the incident giving rise to this suit, and the Court having been apprised of the substitution of the United States, it is hereby;

**ORDERED** that pursuant to the provisions of 28 U.S.C. § 2679(d)(1); 46 U.S.C. § 30101(c)(1); and 46 U.S.C. § 30904, the claims set forth in the Limitation Claimants' Crossclaim and Third Party Claims (ECF No. 44) are dismissed with respect to the claims against individual defendants Mitchell Bradley and Patrick Mouton, on the ground that the exclusive remedy for these claims is an action against the United States and because the United States has been substituted as the sole defendant on those claims;

**SO ORDERED.**

DATED: December 4, 2013

UNITED STATES ~~DISTRICT JUDGE~~
~~ROBERT G. JAMES~~ MAGISTRATE JUDGE
KAREN L. HAYES